_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| **Eva Noemi Medrano Rodriguez** | Case Number: **L-07-PO 4586** |
| **Nuevo Laredo, Tamaulipas** | |
| **Mexico** | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 22, 2007** in **Laredo, Texas** **Webb** County, in the **Southern** District of **Texas,** **Eva Noemi Medrano Rodriguez** defendant(s),

a **Mexican** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title **8** United States Code, Section(s) **1325 (a) (1)**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts:  based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by, **Eva Noemi Medrano Rodriguez**, who admitted to being a citizen of **Mexico**, who entered and attempted to enter illegally into the United States by wading the Rio Grande River near, **Laredo, Texas**, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry and attempted entry took place on **November 22, 2007**

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

/S/
Signature of Complainant

**Richard A. Vargas**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**November 23, 2007**            at    Laredo, Texas
Date                                                       City and State

**Diana Saldana**
U.S. Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer